# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK LAWRENCE, | : | Civil No. 1:21-CV-2007 |
| Petitioner, | : | |
| v. | : | |
| UNITED STATES OF AMERICA, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 15th day of February, 2022, upon consideration of Lawrence's petition for a writ of habeas corpus under 28 U.S.C. § 2254, Doc. 1, **IT IS ORDERED THAT**:

1. The petition for a writ of habeas corpus, Doc. 1, is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion for leave to proceed in forma pauperis, Doc. 2, is **DENIED as moot** as Petitioner has paid the filing fee.

3. A certificate of appealability will be **DENIED**.

        s/ Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Court Judge
        Middle District of Pennsylvania